# Exhibit A

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 05-2001

Coster v. Watts

To: Clerk

1) Appellant's Motion for Dismissal F.R.A.P. 42

---

The foregoing Motion is granted insofar as appellant seeks voluntary dismissal of the appeal. The appeal is dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to any party. Appellant's request for an order rescinding the payment of the docketing and filing fees is denied. At the time of filing the appeal, appellant was advised that the filing and docketing fees would be assessed regardless of the outcome of the appeal.

For the Court,

/s/Marcia M. Waldron
Clerk

Dated: May 18, 2005
CLW/cc: Mr. Tony Coster
       Laura S. Irwin, Esq.